PAUL M. WARNER (3389)
United States Attorney
185 South State Street
Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
CLERK, U.S. DISTRICT COURT
-6 DEC 99 AM 8:39
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

RECEIVED
DEC 01 1999
JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMPHEALTH, INC., ) | Civil No. 2:99-CV-806B |
| ) | |
| Plaintiff, ) |  |
| ) | ORDER |
| v. ) | |
| ) | UNITED STATES OF AMERICA'S |
| UNITED STATES OF AMERICA, ) | MOTION FOR ENLARGEMENT OF TIME |
| INTERNAL REVENUE SERVICE ) | TO RESPOND TO COMPLAINT |
| ) | |
| Defendant. ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the United States of America, by its undersigned attorneys, hereby moves for an enlargement of time within which to respond to Plaintiffs Complaint and, in support thereof, submits:

1. A copy of the Complaint in this action was served upon counsel for the United States on or about October 13, 1999. Accordingly, pursuant to Rule 12 of the Federal Rules of Civil Procedure, the United States' response to the Complaint is due on or about December 13, 1999.

2. Counsel for the United States has requested copies of all pertinent files and documents with respect to this matter, but has not yet received the Internal Revenue Service's administrative file and is not certain when that file will be available.



3. Accordingly, to be able to formulate a proper response to Plaintiff's Complaint, the United States needs an enlargement up to and including January 13, 2000 within which to respond to Plaintiff's Complaint.

4. Counsel for the United States has conferred with counsel for Plaintiff and has been advised that Plaintiff does not oppose the relief requested through this motion.

WHEREFORE, for the reasons stated, the Court should enter an order enlarging up to and including January 13, 2000 the period within which the United States may respond to Plaintiff's Complaint.

Respectfully submitted,

JEROME H. FRIDKIN
Chief, Civil Trial Section
Western Region, Tax Division
United States Department of Justice

PAUL WARNER (3389)
United States Attorney

**SO ORDERED**

_[signature]_
U[nited States Judge]

Date: 12-3-99

_[signature: Carlie Christensen]_
CARLIE CHRISTENSEN (0633)
Assistant United States Attorney

_[signature]_
CHRISTOPHER H. LA ROSA
Trial Attorney, Tax Division
United States Department of Justice

asb

United States District Court
for the
District of Utah
December 6, 1999


\* \* MAILING CERTIFICATE OF CLERK \* \*


Re:   2:99-cv-00806



True and correct copies of the attached were mailed by the clerk to the following:

    Mr. Paul Wood, Esq.
    LITTLEFIELD & PETERSON
    426 S 500 E
    SALT LAKE CITY, UT  84102
    JFAX 9,5757834

    Jeffrey Cooper, Esq.
    MESIROV GELMAN JAFFE CRAMER & JAMIESON
    1735 MARKET STREET
    PHILADELPHIA, PA  19103-7598
    JFAX 8,215,9941111

    Ms. Carlie Christensen, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Christopher H. LaRosa, Esq.
    US DEPARTMENT OF JUSTICE
    TAX DIVISION
    PO BOX 683
    BEN FRANKLIN STATION
    WASHINGTON, DC  20044