IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

RECEIVED
FEB - 4 2000

COMPHEALTH, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

ORDER

CIVIL ACTION NO. 2:99-CV-806B

**STATEMENT OF NON-OPPOSITION OF COMPHEALTH, INC. TO
MOTION OF THE UNITED STATES OF AMERICA TO
DISMISS INTERNAL REVENUE SERVICE AS A NAMED DEFENDANT**

Plaintiff CompHealth, Inc. does not oppose the Motion of the United States of America to Dismiss the Internal Revenue Service as a Named Defendant in the above matter. Plaintiff CompHealth, Inc. agrees that the Internal Revenue Service may be deleted from the caption of this action and that this action shall proceed with the United States of America as the named defendant.

Respectfully submitted,

MESIROV GELMAN JAFFE
CRAMER & JAMIESON, LLP

SO ORDERED

_____
DEE BENSON
United States District Judge

Date 2-16-00

By: _____
Jeffrey Cooper, Esquire
3800 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7598
(215) 994-1096
Attorney for Plaintiff



United States District Court
for the
District of Utah
February 22, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:99-cv-00806

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Mr. Paul Wood, Esq.
    LITTLEFIELD & PETERSON
    426 S 500 E
    SALT LAKE CITY, UT 84102
    JFAX 9,5757834

    Jeffrey Cooper, Esq.
    MESIROV GELMAN JAFFE CRAMER & JAMIESON
    1735 MARKET STREET
    PHILADELPHIA, PA 19103-7598
    JFAX 8,215,9941111

    Ms. Carlie Christensen, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Christopher H. LaRosa, Esq.
    US DEPARTMENT OF JUSTICE
    TAX DIVISION
    PO BOX 683
    BEN FRANKLIN STATION
    WASHINGTON, DC 20044