# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL/NORTHERN DIVISION

Date: 2/24/00    Time: 11:00    Mag: JUDGE RONALD N. BOYCE

Comphealth
Plaintiff(s),

vs.

USA
Defendant(s).

Case No. 2:99 CV 806 B

SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. 16(b), Magistrate Judge Ronald N. Boyce conducted a scheduling conference this date in the matter cited above. The following matters were discussed and scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause:

### I. PLEADINGS/MOTIONS:

| | | DATE | TIME |
|---|---|---|---|
| a. | Cutoff for Amended Pleadings (Includes Addition of Parties) | June 30, 2000 | @ 4:30pm |
| b. | Cutoff for Dispositive Motions | March 30, 2001 | @ 4:30pm |

### II. DISCLOSURE:

| | | YES | NO |
|---|---|---|---|
| a. | Was Rule 26(f)(1) Conference held? | X | |
| b. | Was 26(a)(1) Initial Disclosure Completed? | | X |
| c. | Has D.Ut. Form 64 been Submitted? | X | |

| | | DATE | TIME |
|---|---|---|---|
| e. | Date(s) for Other 26(a)(1) proceedings | N/A | |
| d. | Rule 26(a)(2) Reports from Retained Experts | | |
| | Plaintiff(s) | September 1, 2000 | @ 4:30pm |
| | Defendant(s) | October 1, 2000 | @ 4:30pm |
| | Counter Reports | | |

19

|   |   | | DATE | TIME |
|---|---|---|---|---|
| e. | Rule 26(a)(3) Pretrial Disclosures | | | |
|    | Plaintiff(s) | | _____ | _____ |
|    | Defendant(s) | | _____ | _____ |
| III. | DISCOVERY CUTOFF | | January 31, 2001 | 4:30 pm |
| IV. | DISCOVERY STIPULATIONS AND ORDERS | | _____ | _____ |
| V. | PRETRIAL CONFERENCES: | | | |
| a. | Special Attorney Conference | | _____ | _____ |
| b. | Settlement Conference | | _____ | _____ |
| c. | Final Supplementation | | _____ | _____ |
| (d) | Final Pretrial Conference | | August 13, 2001 | 3:30 pm |

|   |   | LENGTH | TIME | DATE |
|---|---|---|---|---|
| VI. | TRIAL | | | |
| a. | Bench Trial | _____ | _____ | _____ |
| (b) | Jury Trial | 10 days | 8:30 AM | 10 September 2001 |
|    | Jurors: Six _____ Eight X Twelve _____ | | | |

|   |   | YES | NO |
|---|---|---|---|
| VII. | ALTERNATIVE DISPUTE RESOLUTION | | |
| a. | Referral to Court-Annexed Mediation | _____ | X |
| B. | Referral to Court-Annexed Arbitration | _____ | X |

|   |   | NUMBER |
|---|---|---|
| VIII. | LIMITATIONS ON DISCOVERY | |
| a. | Maximum Number of Depositions by Plaintiff(s) | 30 |
| b. | Maximum Number of Depositions by Defendant(s) | 30 |
| c. | Maximum Number of Hours for Taking Depositions (unless extended by agreement of parties) | _____ |
| d. | Maximum Interrogatories by any Party to any Party | 125 |

IX. **OTHER MATTERS:**

a. Nature of Claim: _Taxes_

b. Settlement Potential: _Fair_

c. Other: _Planning Report Approved_

Dated this _24_ day of _February_, 19_2000_.

BY THE COURT:

_/s/ Ronald N. Boyce_
Ronald N. Boyce
U.S. Magistrate Judge

United States District Court
for the
District of Utah
March 2, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:99-cv-00806

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

   Mr. Paul Wood, Esq.
   LITTLEFIELD & PETERSON
   426 S 500 E
   SALT LAKE CITY, UT  84102
   JFAX 9,5757834

   Jeffrey Cooper, Esq.
   MESIROV GELMAN JAFFE CRAMER & JAMIESON
   1735 MARKET STREET
   PHILADELPHIA, PA  19103-7598
   JFAX 8,215,9941111

   Ms. Carlie Christensen, Esq.
   US ATTORNEY'S OFFICE
   ,
   JFAX 9,5245985

   Christopher H. LaRosa, Esq.
   US DEPARTMENT OF JUSTICE
   TAX DIVISION
   PO BOX 683
   BEN FRANKLIN STATION
   WASHINGTON, DC  20044