PAUL M. WARNER (3389)
United States Attorney
CARLIE CHRISTENSEN (0633)
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

ROBERT S. WATKINS
Chief, Civil Trial Section
Western Region, Tax Division

CHRISTOPHER H. LA ROSA
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 307-6559
Facsimile:    (202) 307-0054

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COMPHEALTH, INC. | ) |
| | ) |
| Plaintiff-Counterclaim Defendant, | ) |
| | ) |
| v. | ) Civil No. 2:99-CV-806B |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant-Counterclaimant. | ) |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between CompHealth, Inc., and the United States of America, through their respective undersigned counsel, that the Complaint and Counterclaim filed in the above-entitled case be dismissed with prejudice, the parties to bear

their respective costs and expenses, including any attorney's fees.

For Plaintiff–Counterclaim-Defendant

KENNETH B. BLACK (5588)
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111-4904
Telephone: (801) 328-3131

_____
JEFFREY COOPER
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2096

Dated: 11/12/02

For Defendant–Counterclaimant

ROBERT S. WATKINS
Chief, Civil Trial Section
Western Region, Tax Division
United States Department of Justice

PAUL M. WARNER (3389)
United States Attorney

CARLIE CHRISTENSEN (0633)
Assistant United States Attorney

_____
CHRISTOPHER H. LA ROSA
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6559

Dated: 1/6/03